FILED
2023 Jun-08 AM 09:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **DUSTIN HORTON,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**NORTHSTAR EMS, INC.**<br><br>Defendant. | Case No. 7:23-cv-00468-ACA<br><br>Judge Annemarie Carney Axon |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that attorney David Miceli is substituting in as counsel of record for attorney Kristian Rasmussen. Mr. Miceli works at Milberg, the same law firm as Mr. Rasmussen, and therefore the representation of the plaintiff will remain uninterrupted and the same in all respects except that Mr. Miceli will now be counsel of record and Mr. Rasmussen will be withdrawing from the case.

Dated: June 8, 2023.

Respectfully submitted,

*/s/ David F. Miceli*
David F. Miceli
(AL Bar No. ASB-5691-M-61D(MIC006)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@milberg.com