UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DUSTIN HORTON,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NORTHSTAR EMS, INC.**<br><br>Defendant. | Case No. 7:23-cv-00468-ACA<br><br>Judge Annemarie Carney Axon |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Dustin Horton, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Northstar EMS, Inc., without prejudice.

Dated: July 20, 2023.

Respectfully submitted,

  /s/David F. Miceli
David F. Miceli
(AL Bar No. ASB-5691=M=61D(MIC006)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@milberg.com

1